**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**



**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
United States of America

-v.-

Tony Clanton and
Lawrence Dotson
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

23-MJ-664
Docket Number

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✔
Name: Andrew M. Roddin
Firm Name: U.S. Attorney's Office, Eastern District of New York
Address: 271-A Cadman Plaza East
Brooklyn, New York 11201
Phone Number: (718) 254-6455
E-Mail Address: Andrew.Roddin@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ___
**If yes, state description of document to be entered on docket sheet:**

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: ___
Judge/Magistrate Judge: ___
Date Entered: ___

**B) If a new application**, the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation, risk of flight

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn      July 24, 2023      , NEW YORK

U.S. MAGISTRATE JUDGE  *Marcia M. Henry*

RECEIVED IN CLERK'S OFFICE _____ DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___ ; or **C.)** ✔ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

July 24, 2023      
DATE      SIGNATURE

JPM:AMR
F. #2023R00487

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

TONY CLANTON and
LAWRENCE DOTSON,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

AFFIDAVIT AND COMPLAINT IN SUPPORT OF APPLICATION FOR ARREST WARRANTS

(18 U.S.C. §§ 1951(a) and 3551 et seq.)

EASTERN DISTRICT OF NEW YORK, SS:

        JACQUELINE MULLER, being duly sworn, deposes and states that she is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

        In or about June 2023, within the Eastern District of New York and elsewhere, the defendants TONY CLANTON and LAWRENCE DOTSON, together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of money and goods from John Doe 1, an individual who operated a smoke shop business, whose identity is known to your affiant.

        (Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2010. As part of my work, I have participated in investigations of violent crimes, including robberies and attempted robberies, as well as investigations involving the use of evidence obtained from electronic devices and cellular telephones. I am familiar with the facts and circumstances set forth below from my personal observations, my review of documents and video footage, my training and experience, and information obtained from other law enforcement officers and witnesses.

June 3, 2023: Gunpoint Robbery of Annadale Smoke Shop

2. On or about June 3, 2023, Annadale Smoke Shop, a business engaged in interstate commerce located at 827 Annadale Road, Staten Island, New York, was robbed at gunpoint by the defendants TONY CLANTON and LAWRENCE DOTSON. During this investigation, I have learned that Annadale Smoke Shop sells tobacco products manufactured outside of the state of New York. Surveillance video from Annadale Smoke Shop shows the following, in sum and substance:

a. On or about June 3, 2023, at approximately 10:15 p.m., two men identified as CLANTON and DOTSON, wearing masks, approached a person working at

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

Annadale Smoke Shop ("John Doe 1") outside of the store and brandished a black firearm and a silver firearm.[2]

    b. The video shows that CLANTON and DOTSON then pushed John Doe 1 inside the store, tied up John Doe 1's hands using zip ties, and pressed a gun to the back of John Doe 1's head. The video shows CLANTON and DOTSON taking property from John Doe 1's person, cash from the store's register, and packages of cigarettes. The video shows CLANTON and DOTSON forcing John Doe 1 into a back room inside the store.

  3. John Doe 1 reported in substance that the two gunmen took approximately $4,700 from his person and approximately $1,000 from the store's register and left the store at approximately 10:18 p.m.

  4. New York City Police Department ("NYPD") records indicate that on or about June 3, 2023 at approximately 10:21 p.m., near the intersection of Jefferson Boulevard and Carlton Boulevard, a speed camera ticket was issued to a white 2015 Mercedes-Benz S50 four-door sedan with New York license plate KPX1979, which is registered to the defendant LAWRENCE DOTSON (the "Dotson Mercedes").

  5. The map below indicates the approximate locations of Annadale Smoke Shop, which is marked with a red pin near the bottom right, and the intersection of Jefferson Boulevard and Carlton Boulevard, which is marked with a red circle near the top left.

---

[2] I believe the men shown in this video footage to be the defendants TONY CLANTON and LAWRENCE DOTSON based on, among other things, their height, weight, build, skin tone, and modus operandi in other robberies—which are consistent with those of CLANTON and DOTSON—in addition to other evidence described in this affidavit.



6. Video from the intersection of Jefferson Boulevard and Carlton Boulevard shows a sedan that appears to be a gray BMW registered to the defendant TONY CLANTON's business ("the Clanton BMW") driving near that intersection, followed by a sport utility vehicle that appears to be a black Infiniti registered to CLANTON's brother, followed by the Dotson Mercedes. The issuance of this speeding ticket to the Dotson Mercedes and the fact that the Dotson Mercedes, the Clanton BMW, and CLANTON's brother's car were traveling together indicates that CLANTON and defendant LAWRENCE DOTSON committed the Annadale Smoke Shop robbery together.

7. The premises believed to be the defendant LAWRENCE DOTSON's home is located approximately 0.3 miles from Annadale Smoke Shop. Phone company records

for phone numbers believed to be used by the defendant TONY CLANTON (the "Clanton Number") and DOTSON ((he "Dotson Number") show that at approximately 10:08 p.m., the Clanton Number and the Dotson Number had a phone call with each other lasting approximately 30 minutes. During that call, both phones connected to a cell tower and sector that covered the vicinity of Annadale Smoke Shop but did not cover DOTSON's residence. Security video footage also shows the men whom I have identified as CLANTON and DOTSON approaching Annadale Smoke Shop from different areas of a park across the street. Based on the location and duration of the 10:08 p.m. call, the video footage, and other evidence, I believe CLANTON and DOTSON used the Clanton Number and the Dotson Number to communicate with each other before the robbery.

June 24, 2023: Menacing and Attempted Home Invasion Involving LAWRENCE DOTSON

8. On or about June 24, 2023, on Gunton Place between Rossville Avenue and Alverson Avenue, Staten Island, New York, a man with a gun menaced a resident of that block ("John Doe 2") and tried to force his way into John Doe 2's home. A map showing the layout of the area around the attempted home invasion appears below.



9. I have learned the following information regarding this incident:

a. On or about June 24, 2023, at approximately 8:30 p.m., John Doe 2 was seated in the front passenger seat of the Dotson Mercedes. The defendant LAWRENCE DOTSON, who John Doe 2 identified to law enforcement officers as John Doe 2's friend, was seated in the driver's seat.

b. Video footage from John Doe 2's residence shows that shortly before the incident, a car that appears to be the Clanton BMW drove eastbound on Gunton Place past the Dotson Mercedes in the direction of Totten Street.

c. While John Doe 2 was speaking with DOTSON, a man entered the rear passenger door of the Dotson Mercedes, displayed a gun to John Doe 2, and told John Doe 2 not to move.

d. Video footage shows that John Doe 2 got out of the Dotson Mercedes and ran into John Doe 2's home. The video shows that the gunman also got out of the

Case 1:23-cr-00328-KAM Document 1 Filed 07/24/23 Page 8 of 13 PageID #: 8

7

Dotson Mercedes, ran to the door of John Doe 2's home and attempted unsuccessfully to force his way inside, and then ran away.

        e.     Video footage from another home on Gunton Place shows that when the gunman could not get into John Doe 2's home, the gunman ran eastbound on Gunton Place and turned northbound onto Totten Street, where he got into the Clanton BMW. The Clanton BMW then drove away.

        10.     Phone company records show that on June 24, 2023, at approximately 8:31 p.m., the Clanton Number and the Dotson Number had a phone call lasting approximately five minutes during which both phones connected to a cell tower located approximately 2.2 miles from the attempted home invasion. Phone company records also show that at approximately 8:40 p.m., the Clanton Number and the Dotson Number had a phone call lasting approximately 22 minutes during which both phones connected to a cell tower in the vicinity of the attempted home invasion. Based on the locations and duration of these calls and their similarity to the June 3, 2023 call during which the Clanton Number and the Dotson Number were together and communicating around the time of the Annadale Smoke Shop robbery, I believe that the defendants TONY CLANTON and LAWRENCE DOTSON also met in person and used these phones to communicate with each other around the times of these June 24, 2023 calls.

        11.     NYPD records indicate that when the defendant LAWRENCE DOTSON later met with the police, he provided the Dotson Number as his phone number.

<u>Request for Sealing</u>

        12.     I request that the Court issue and order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant. This matter relates to an ongoing criminal investigation that is not yet public, and

premature disclosure of the contents of this affidavit and related documents would seriously jeopardize the investigation, including by giving the defendants an opportunity to flee from prosecution, change patterns of behavior or destroy or tamper with evidence.

WHEREFORE, your deponent respectfully requests that arrest warrants for the defendants TONY CLANTON and LAWRENCE DOTSON be issued so that they may be dealt with according to law.

*Jacqueline Muller*
JACQUELINE MULLER
Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone
this 24th day of July, 2023

*Marcia M. Henry*
THE HONORABLE MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Tony Clanton<br><br>*Defendant* | ) ) ) ) ) ) )   Case No. 23-MJ-664 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Tony Clanton,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit Hobbs Act robbery, 18 U.S.C. Section 1951(a)

Date: 07/24/2023

*Marcia M. Henry*
*Issuing officer's signature*

City and state: Brooklyn, New York    Hon. Marcia M. Henry, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: CLANTON, Tony
Known aliases:
Last known residence:
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 05/25/1973
Social Security number:
Height:                                          Weight:
Sex:                                             Race:
Hair:                                            Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: History of gun possession and robbery

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>Lawrence Dotson<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 23-MJ-664 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Lawrence Dotson,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☑ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit Hobbs Act robbery, 18 U.S.C. Section 1951(a)

Date: 07/24/2023

*Marcia M. Henry*
*Issuing officer's signature*

City and state: Brooklyn, New York

Hon. Marcia M. Henry, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: DOTSON, Lawrence

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 08/08/1973

Social Security number:

Height:      Weight:

Sex:      Race:

Hair:      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: Manslaughter conviction

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: